[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1517

ROBERTO VIZCARRONDO,

Plaintiff, Appellant,

v.

BOARD OF TRUSTEES OF THE UNIVERSITY OF PUERTO RICO, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Hector M. Laffitte, U.S. District Judge] 



Before

Selya, Boudin and Lynch,
Circuit Judges. 



Roberto Vizcarrondo on brief pro se. 
Gustavo A. Gelpi and Feldstein, Gelpi & Gotay on brief for 
appellee Board of Trustees of the University of Puerto Rico.



 December 8, 1997


Per Curiam. Pro se plaintiff Roberto Vizcarrondo  

appeals a district court judgment that dismissed his claims

for employment discrimination as time-barred. This court has

thoroughly reviewed the record and the parties' briefs on

appeal. We conclude that the district court's judgment is

correct. Plaintiff's allegations wholly fail to state a

claim for a continuing violation. See, e.g., Morrison v. 

Carleton Woolen Mills, Inc., 108 F.3d 420, 443 (1st Cir. 

1997)); De Leon Otero v. Rubero, 820 F.2d 18, 19-20 (1st Cir. 

1987); Collins v. United Air Lines, Inc., 514 F.2d 594, 596 

(9th Cir. 1975)(refusal to reinstate employee does not render

initial violation a continuing one). Plaintiff has further

failed to support his claim for equitable tolling.

Accordingly, the judgment of the district court is summarily

affirmed. See Local Rule 27.1.1 1 

 

1As we conclude that the district court's dismissal was in 1
all respects correct on the merits, we need not resolve the
appellees' contention that this court lacks jurisdiction over
plaintiff's appeal. See United States v. Stoller, 78 F.3d 
710 (1st Cir.), cert. dismissed, 117 S.Ct. 378 (1996).  

-2-